# Court of Appeals
# of the State of Georgia

ATLANTA,  June 24, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0144.  FLORES v. CHAMBLESS.**

Upon consideration of Petitioner Vincent Flores's "Emergency Petition for Writ of Mandamus," the same is hereby DENIED. See Ga. Const. of 1983, Art. VI, Sec. I, Par. IV; Art. VI, Sec. V, Par. III; Court of Appeals Rule 40 (c).[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/24/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] As a result, Flores's "Emergency Motion for Stay of All Proceedings Pending Mandamus" is hereby DENIED as moot.